Justino GARCIA, Petitioner,

v.

DEPARTMENT OF the ARMY, Respondent.

No. 2006–3406.

United States Court of Appeals, Federal Circuit.

April 9, 2007.

Before MICHEL, Chief Judge, DYK Circuit Judges, and GARBIS District Judge.*

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

THE BOLER COMPANY, Plaintiff–Appellant,

v.

TUTHILL CORPORATION (doing business as Reyco Granning Suspensions), Defendant–Appellee.

No. 06–1510.

United States Court of Appeals, Federal Circuit.

April 9, 2007.

Rehearing and Rehearing En Banc Denied May 17, 2007.

Before LOURIE, SCHALL, and BRYSON, Circuit Judges.

***JUDGMENT***

PER CURIAM:

**This CAUSE having been heard and considered, it is**

**ORDERED and ADJUDGED:**

*AFFIRMED.* *See* Fed. Cir. R. 36.

---

* Honorable Marvin J. Garbis, Senior District Judge, United States District Court, District of Maryland, sitting be designation.